**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on March 7, 2014**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 13–34619–EPK**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Phyllis Joy Hyde
aka Phyllis Joy Gallo
380 Tuthill Road
Southold, NY 11971

SSN: xxx–xx–6255

## FINAL DECREE

The trustee, Michael R Bakst, having filed a final report that the estate has been fully administered, is discharged and the case is closed.